IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVA WANNAMAKER, | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC., *et al.*, | : | No. 21-350 |
| | : | |
| *Defendants* | : | |

## O R D E R

AND NOW, this _____2nd_____ day of November, 2021, upon review of the docket, it is

**ORDERED** that the Parties must provide the Court with a status update on or before **November 16, 2021**.

It is **FURTHER ORDERED** that local counsel will attend a status conference in chambers on **November 23, 2021 at 2:00 p.m.** for discussion of any outstanding matters, including necessary modifications to the proposed protective order. Non-local counsel may attend via teleconference. Non-local counsel wishing to join via teleconference are instructed to telephone 888-684-8852, then enter 3051753# to be connected with the Judge

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE